802 December 11, 2024 No. 903

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

RANDY JERMAINE LAMBERT,
*Defendant-Appellant.*

Multnomah County Circuit Court
21CR47490; A179539

Michael A. Greenlick, Judge.

Submitted November 20, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Shawn Wiley, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jonathan N. Schildt, Assistant Attorney General, filed the brief for respondent.

Before Aoyagi, Presiding Judge, Egan, Judge, and Joyce, Judge.

PER CURIAM

Affirmed. *State v. Gonzalez*, 326 Or App 587, 534 P3d 289, *rev allowed*, 371 Or 715, 539 P3d 786 (2023).